

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00470-CV

Ex Parte **K.R.K.**

From the 85th Judicial District Court, Brazos County, Texas
Trial Court No. 13-000819-CV-85
Honorable Jimmy Don Langley, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

Appellant K.R.K.'s July 8, 2014 motion for rehearing is DENIED. Our opinion and judgment of June 25, 2014 are WITHDRAWN. In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are taxed against Appellant K.R.K.

SIGNED August 29, 2014.

_____
Patricia O. Alvarez, Justice